1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugenia Derden, | No. CV 07-0393-PHX- SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County, | |
| Defendant. | |

Before the Court are Defendant Maricopa County's ("Defendant") Motion to Strike (Dkt. 6) and Plaintiff Eugenia Derden's ("Plaintiff") Continuance Motion (Dkt. 7).

**A. Motion to Strike**

On July 17, 2007, Defendant filed a Motion to Dismiss this case, arguing that Plaintiff failed to effect service within the time limits set forth in Rule 4 of the Federal Rules of Civil Procedure ("Federal Rules"). (Dkt. 4) In turn, Plaintiff filed a Motion to Quash Maricopa County's Motion to Dismiss. (Dkt. 5) As Defendant correctly argues, a Motion to Quash is not a proper responsive motion format as delineated by Rule 12 of the Federal Rules and Rule 7.2 of the Local Rules of Practice of the United States District Court for the District of Arizona ("Local Rules").[1] Therefore, the Court will grant Defendant's motion to strike and order Plaintiff to respond to Defendant's Motion to Dismiss by Friday, August 24, 2007.

---

[1] The Local Rules are available online at: www.azd.uscourts.gov

### B. Warning to Plaintiff

**Plaintiff is hereby warned that a motion to dismiss under Rule 12(b)(5) of the Federal Rules of Civil Procedure will, if granted, end the case.** It is Plaintiff's obligation to timely respond to all motions. The failure of Plaintiff to respond to Defendant's Motion to Dismiss may, in the discretion of the Court, be deemed a consent to the granting of that Motion without further notice, and judgment may be entered dismissing the Complaint and action with prejudice pursuant to LRCiv 7.2(i). See Brydges v. Lewis, 18 F.3d 651, 652-53 (9th Cir. 1994) (per curiam).

### C. Motion to Continue Tort Complaint

Plaintiff filed a Motion to Continue Tort Complaint on July 31, 2007. (Dkt.7) The Court will deny Plaintiff's Continuance Motion since it is vague; specifically, Plaintiff fails to identify which deadline she seeks to continue. Nonetheless, Plaintiff clearly requests a Preliminary Hearing in this matter and the Court hereby takes notice that she is prepared for a Rule 16 Preliminary Pretrial Conference in this matter.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Strike. (Dkt. 6)

**IT IS FURTHER ORDERED DIRECTING** the Clerk of Court to strike Plaintiff's Motion to Quash Maricopa County's Motion to Dismiss from the docket.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **5:00 p.m. on Friday, August 24, 2007,** to file a response to Defendant's Motion to Dismiss.

**IT IS FURTHER ORDERED DENYING** Plaintiff's Continuance Motion (Dkt. 7)

DATED this 13th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge