**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugenia Derden, | No. CV 07-0393-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County, | |
| Defendant. | |

Pending before the Court are Defendant Maricopa County's ("Defendant") Motion to Dismiss (Dkt. 4), Plaintiff Eugenia Derden's ("Plaintiff") Motion by Default on Assault (Dkt. 10), and Defendant's Motion to Strike Plaintiff's Motion by Default on Assault (Dkt. 11).

**A. Motion to Dismiss**

On July 17, 2007, Defendant filed a Motion to Dismiss this case, arguing that Plaintiff failed to effect service within the time limits set forth in Rule 4 of the Federal Rules of Civil Procedure ("Federal Rules"). (Dkt. 4)  Plaintiff filed an improper responsive motion (Dkt. 5), after which the Court ordered Plaintiff to respond to Defendant's Motion to Dismiss by Friday, August 24, 2007. (Dkt. 8)  The Court warned Plaintiff that failure to respond could be deemed a consent to the granting of that Motion without further notice, and judgment entered dismissing the Complaint and action with prejudice pursuant to LRCiv 7.2(i). (Dkt. 8) See Brydges v. Lewis, 18 F.3d 651, 652-53 (9th Cir. 1994) (per curiam).

Plaintiff failed to respond to Defendant's Motion to Dismiss within the allotted time. The Court deems this failure as a consent to the granting of the Motion to Dismiss.

1 **B.  Motion by Default on Assault and Motion to Strike**

2        On September 11, 2007, Plaintiff filed a self-styled "Judgment by Default on Assault."

3 On September 13, 2007, Defendant's filed a motion to strike the same.  In light of Plaintiff's

4 failure to respond to Defendant's Motion to Dismiss, these motions are moot.

5        Accordingly,

6        **IT IS HEREBY ORDERED GRANTING** Defendants' Motion to Dismiss (Dkt. 4);

7        **IT IS FURTHER ORDERED DENYING AS MOOT** Plaintiffs' request for

8 "Judgment by Default on Assault" (Dkt. 10);

9        **IT IS FURTHER ORDERED DENYING AS MOOT** Defendant's Motion to

10 Strike (Dkt. 11);

11        **IT IS FURTHER ORDERED** that this action be **DISMISSED WITHOUT**

12 **PREJUDICE**.

13        DATED this 18th day of September, 2007.

14

15

16                        Stephen M. McNamee
                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28