**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugenia Derden, | No. CV 07-0393-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County, | |
| Defendant. | |

REBECCA C. SALISBURY, Deputy County Attorney, Maricopa County Attorney's Office, having moved for leave to withdraw as co-counsel of record and having complied with the requirements of LRCiv 83.3(b) (Dkt. 14), and good cause appearing,

**IT IS HEREBY ORDERED** granting REBECCA C. SALISBURY leave to withdraw as co-counsel of record for Defendant Maricopa County.

DATED this 13th day of November, 2007.

Stephen M. McNamee
United States District Judge