**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugenia Derden, | No. CV 07-0393-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County, | |
| Defendant. | |

Plaintiff Eugenia Derden has filed a motion for "Relief from Order Proceeding and Reversal of Judgment." (Dkt. 20.) Plaintiff alleges that judgment in this matter was "entered as a result of fraud" and that documents were never mailed to her address. The Order denying Plaintiff's previous motion to amend the judgment made clear that it was Plaintiff's obligation to insure that the Court had an accurate mailing address. (See Dkt. 19, Order dated Mar. 12, 2008.) Further, that Order also made clear that the Court would not entertain any further motions and that such motions would be summarily denied. Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion for Relief from Order Proceeding and Reversal of Judgment (Dkt. 20).

DATED this 10th day of April, 2008.

Stephen M. McNamee
United States District Judge